# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Jose Venue

### Request for Modifying the Conditions or Term of Supervision
### from the Person Under Supervision
*(Probation Form 49, Waiver of Hearings is Attached)*

**Person Under Supervision**
Danhong Jean Chen

**Docket Number**
0971 5:19CR00111-001 BLF

**Name of Sentencing Judge:** The Honorable Beth Labson Freeman
United States District Judge

**Date of Original Sentence:** January 27, 2026

**Original Offense:** Count One: Visa Fraud, 15 U.S.C. § 1546(a), a Class C Felony.
Count Two: Obstruction of Justice, 18 U.S.C. § 1512(b)(3), a Class C Felony.
Count Three: Obstruction of Justice, 18 U.S.C § 1505, a Class C Felony.

**Original Sentence:** 30 months to be followed by two years supervised release.
**Special Conditions:** must not open any new lines of credit and/or incur new debt without prior permission, financial disclosure, expanded search, must not knowingly leave the judicial district where you are authorized to reside without prior permission, follow all instructions of probation officer.

**Prior Form(s) 12:** None

**Type of Supervision**
Supervised release
**Assistant U.S. Attorney**
Lloyd A. Farnham
**Defense Counsel**
Daniel Benjamin Olmos (Retained)

**Date Supervision Commences**
May 28, 2026
**Date Supervision Expires**
May 27, 2028

### Petitioning the Court

To modify the conditions of supervised release as follows:

**Upon release from confinement, you must reside for a period of 180 days in a Residential Reentry Center and must observe the rules of that facility. You must remain at that facility until discharged by the supervising probation officer.**

. Ms. Chen is due to release from the Bureau of Prisons on May 28, 2026 and does not have a suitable release address. . It is respectfully recommended the Court modify Ms. Chen's conditions to allow her to reside at a residential reentry center where she can receive assistance in obtaining housing. Ms. Chen agreed to sign a Waiver of Hearing to allow for the modification.

Respectfully submitted,                                     Reviewed by:

_____                  _____
Timothy Davis                                                   Laura Triolo
United States Probation Officer                      Supervisory U.S. Probation Officer
Date Signed: May 8, 2026

THE COURT ORDERS:

☒|      To modify the conditions of supervision as follows:

        **Upon release from confinement, you must reside for a period of 180 days in a Residential Reentry Center and must observe the rules of that facility. You must remain at that facility until discharged by the supervising probation officer.**

☐|      Submit a request for a warrant
☐|      Submit a request for summons
☐|      Other:

_____
  May 8, 2026
Date

_____
Beth Labson Freeman
United States District Judge