CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
JEFFREY P. MITCHELL (CABN 236225)
Chief, Criminal Division
BENJAMIN J. WOLINSKY (CABN 305410)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone: (415) 436-6996
  Fax: (415) 436-6570
  Email: benjamin.wolinsky@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CR 19-00111 BLF |
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] |
| | ) **DISPOSITION ORDER ON WRIT OF** |
| DANHONG JEAN CHEN, | ) **CONTINUING GARNISHMENT** |
| Defendant, | ) |
| | ) |
| TD BANK, N.A., | ) |
| Garnishee. | ) |

The United States has filed its Application for Disposition Order on Writ of Continuing Garnishment.

The Court finds that:

1.      Judgment debtor and defendant, Danhong Jean Chen (hereinafter "Defendant"), is indebted to Plaintiff, United States of America, in the original amount of $20,300.00, arising out of a Judgment entered on January 30, 2026, in the United States District Court, Northern District of

[~~PROPOSED~~] DISPOSITION ORDER ON WRIT OF CONTINUE GARNISHMENT
CR 19-00111 BLF                                    1

California in the above-captioned case.   As of April 28, 2026, the balance due on this debt was approximately $20,146.41.

2.     On April 30, 2026, the Court issued its Writ of Continuing Garnishment, directed to the Garnishee, TD Bank, N.A.  On April 30, 2026, the Writ was served on the Garnishee.  *See* Dkt No. 181.

3.     On May 13, 2026, the Garnishee filed an Answer to the Writ indicating that at the time of the service of the Writ, the Garnishee has custody, control or possession of property in which Defendant has interest.  *See* Dkt No. 184.

4.     On April 28, 2026, the Application for Writ of Continuing Garnishment, on April 29, 2026, Order Granting Application for Writ of Continuing Garnishment, on April 30, 2026, the Writ of Continuing Garnishment, and the Clerk's Notice of Post-Judgment Garnishment and Instructions were served on Defendant via his attorney, Daniel Olmos, by ECF notification at dolmos@nbo.law.

5.     The Defendant has neither requested a hearing nor filed an objection to the Garnishee's Answer, and the time to do so has expired.

Based on the foregoing, and for good cause shown,

IT IS HEREBY ORDERED that the Garnishee, TD Bank, N.A., shall pay to the Plaintiff, by liquidating Defendant's accounts to pay to Plaintiff until the judgment debt to Plaintiff is paid in full, until the Garnishee no longer has possession, custody, or control of any property belonging to Defendant, or until further Order of the Court.

Dated:    June 3, 2026

BETH LABSON FREEMAN UNITED
STATES DISTRICT JUDGE

[PROPOSED] DISPOSITION ORDER ON WRIT OF CONTINUE GARNISHMENT
CR 19-00111 BLF                                    2